# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA OLIVER, et al., | CASE NO. 1:12-cv-01865-AWI-SAB |
| Plaintiffs, | ORDER DENYING PLAINTIFFS' MOTION TO STAY ACTION |
| v. | (ECF No. 11) |
| McNEIL-PPC, INC., et al., | |
| Defendants. | |

Defendants removed the action to the Eastern District of California on November 13, 2012, under 28 U.S.C. §§ 1332 and 1441 contending that diversity jurisdiction exists in this action under the doctrine of fraudulent joinder. Defendants filed a motion to dismiss and motion to sever and transfer the case on November 20, 2012. (ECF Nos. 4, 5.) On November 30, 2012, Plaintiff filed a motion to remand to state court and a motion to stay the proceedings pending remand. (ECF Nos. 10, 11.) Defendants filed a second motion to dismiss, motion for change of venue, and renewed motion to sever on December 7, 2012. (ECF Nos. 16, 17.)

Defendants' motions to dismiss, motions to sever, and motion to transfer venue were denied by the district judge without prejudice on January 25, 2012, due to the pending motion to remand. (ECF No. 25.) The district judge referred the motion for remand to the undersigned for findings and recommendations. A hearing on the motion to remand was held on January 25, 2013, and the Court has issued findings and recommendations recommending that the motion to remand be granted.

Plaintiffs request a stay of this action since Defendants have filed multiple motions invoking the jurisdiction of this court. Since Defendants motions have been denied, and the recommendation

of this court is to remand this action to the state court from which it was removed, Plaintiff's motion for a stay is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **February 1, 2013**                         /s/ **Stanley A. Boone**
                                                              UNITED STATES MAGISTRATE JUDGE