# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA OLIVER, et al., | CASE NO. 1:12-cv-01865-AWI-SAB |
| Plaintiffs, | |
| v. | ORDER AMENDING FINDINGS AND RECOMMENDATIONS |
| McNEIL-PPC, INC., et al., | (ECF No. 32) |
| Defendants. | |

On February 4, 2013, this court issued findings and recommendations recommending granting Plaintiff's motion to remand. It has come to the court's attention that due to a clerical error, Defendant McNeil's citizenship was incorrectly stated. Accordingly,

IT IS HEREBY ORDERED that the findings and recommendations, issued February 4, 2013, are amended at 3:22-24 to state "Defendant McNeil-PPC is a resident of New Jersey . . . ."

IT IS SO ORDERED.

Dated: February 15, 2013

UNITED STATES MAGISTRATE JUDGE

1